# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> IVAN LUVIANO-GARCIA, <br><br> Defendant. | Case No.: 17-CR-2269-MMA <br><br> **ORDER AND JUDGMENT TO DISMISS INDICTMENT WITHOUT PREJUDICE** <br><br> [Doc. No. 39] |

Upon due consideration, good cause appearing, the Court **GRANTS** the United States' motion and **DISMISSES** the Indictment in Criminal Case No. 17-CR-2269-MMA against Defendant IVAN LUVIANO-GARCIA. The Clerk of Court is instructed to terminate all pending motions, hearings, and deadlines.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: October 12, 2018

HON. MICHAEL M. ANELLO
United States District Judge